UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-42-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS OFARRIT-FIGUEROA | ORDER FOR<br>NOTICE OF RELATED CASES<br>AND MOTION TO TRANSFER |

Based upon the unopposed Notice of Related Case and Motion to Transfer, and for good cause shown, the current criminal case #5:15-CR-42-H, is hereby transferred to the Honorable United States District Judge Terrence W. Boyle for disposition and all future proceedings.

IT IS SO ORDERED.

This 18th day of March, 2015.

*MALCOLM J. HOWARD*
Senior United States District Judge